IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION


IN RE:
Kenneth Jerome Brown,
        Debtor.

CHAPTER 13
CASE NO.A07-60900
JUDGE MULLINS

---

## AFFIDAVIT OF DEBTOR

I, Kenneth Jerome Brown, hereby swear and affirm that:

I did not file taxes for 1999, as I was unemployed and did not earn enough income to file.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on this __16__ day of __March__ , 2007.

_____ /S
Kenneth Jerome Brown


Sworn to and subscribed before me
this __16__ day of __March__ , 2007.

_____
Notary Public

Penalty for making a false statement or concealing property:
Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C.  '152 and '3571.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:
Kenneth Jerome Brown,                                      CHAPTER 13
            Debtor(s).

CASE NO. A07-60900

JUDGE MULLINS

---

CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury:

That I am more than 18 years of age, and that on this day, I served
a copy of the within Affidavit Of Debtor filed in this bankruptcy case upon the
Chapter 13 Trustee by fax and upon the following by depositing a copy of same
in U.S. Mail with sufficient postage affixed thereon to ensure delivery to:

| | | |
|---|---|---|
| U.S. Attorney General<br>Main Justice Building<br>10th & Constitution Avenue<br>Washington, DC 20530 | Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Internal Revenue Service<br>Insolvency Unit<br>401 West Peachtree St NW<br>Stop 335-D<br>Atlanta, GA 30308-3539 |
| Department of Justice<br>Tax Division<br>Attn: Chief, Civil Trial Section<br>Southern Region<br>P.O. Box 14198<br>Ben Franklin Station<br>Washington, DC 20044 | U.S. Attorney<br>Northern District of Georgia<br>Civil Division, Attn: Civil Clerk<br>600 Richard B. Russell Building<br>75 Spring Street, SW<br>Atlanta, GA 30303 | Nancy J. Whaley<br>303 Peachtree Center<br>Avenue Suite 120<br>Atlanta, GA 30303 |
| Georgia Dept. of Revenue<br>Bankruptcy<br>P.O. Box 3889<br>Atlanta, GA 30334 | State of Georgia Revenue Commissioner<br>410 Trinity-Washington Building<br>Atlanta, GA 30334 | |
| Attorney General of Georgia<br>132 State Judicial Building<br>Atlanta, GA 30334 | Kenneth Jerome Brown<br>1340 Center Street SW<br>Mableton,GA 30126 | |

This Friday, March 16, 2007.

By: _____

King & King, P.C.
Malissia Victor, Clerk
215 Pryor Street
Atlanta, GA 30303
(404) 524-6400
bankruptcy20030@aol.com